Juan Garcia
United States Penitentiary Pollock
P.O. Box 2099
Pollock, LA 71467

FILED - USDC-NH
2020 AUG 7 AM 11:57

July 31, 2020

Clerk, U.S. District Court
District Of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re: USA V. Juan Garcia, Filing of 28 USC 2255

Dear Clerk:

Enclosed herein is my 28 U.S.C. 2255 motion for filing. Upon your receipt and filing of my motion, will you please provide me with official court documentation reflecting the receipt and filing of my motion? Also, will you provide me with any and all scheduling deadlines with regards to the filing of my brief in support of my motion? Thank you and God bless!

Sincerely,
Juan Garcia

15646049
JUAN GARCIA

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District - New Hampshire |
|---|---|
| Name (under which you were convicted): Juan Garcia | Docket or Case No.: |
| Place of Confinement: | Prisoner No.: |
| UNITED STATES OF AMERICA v. Juan Garcia | Movant (include name under which you were convicted) |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court New Hampshire

   (b) Criminal docket or case number (if you know): ___

2. (a) Date of the judgment of conviction (if you know): ___

   (b) Date of sentencing: ___

3. Length of sentence: 204 MONTHS IMPRISONMENT

4. Nature of crime (all counts): CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 40 GRAMS OR MORE OF FENTANYL IN VIOLATION OF 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 846.

5. (a) What was your plea? (Check one)
   (1) Not guilty ❏   (2) Guilty ✓   (3) Nolo contendere (no contest) ❏

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ___

   JUAN GARCIA

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ❏   Judge only ❏

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT.
   (b) Docket or case number (if you know): ~~[illegible]~~ 19-1141
   (c) Result: Affirmed
   (d) Date of result (if you know): APRIL 6, 2020
   (e) Citation to the case (if you know): DON'T KNOW
   (f) Grounds raised: WHETHER THE DISTRICT COURT ERRED IN IMPOSING OBSTRUCTION OF JUSTICE ENHANCEMENT UNDER U.S.S.G. § 3C1.1 AND DENYING ACCEPTANCE OF RESPONSIBILITY WHEN SENTENCING.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:       Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL - DENIAL OF SIXTH AMENDMENT UNDER THE U.S. CONSTITUTION.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
COUNSEL FAILED TO ADEQUATELY AND EFFECTIVELY REPRESENT PETITIONER DURING THE PLEA + SENTENCING STAGES OF THE CASE. COUNSEL FAILED TO INVESTIGATE PETITIONERS BACKGROUND AND ADVISE HIM DURING HIS INTERACTIONS WITH THE PROBATION OFFICER AT HIS PSI SCREENING INTERVIEW. THESE DEFICIENCIES CAUSED THE PROBATION OFFICER TO DETERMINE THE PETITIONER SHOULD RECEIVE A 2-LEVEL ENHANCEMENT FOR FALSELY IDENTIFYING HIMSELF AND THAT PETITIONER SHOULD NOT GET AN ACCEPTANCE OF RESPONSIBILITY REDUCTION IN HIS SENTENCE CALCULATION.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏  No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏  No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND TWO:** VIOLATION OF CONSTITUTIONAL RIGHT TO DUE PROCESS - FIFTH AMENDMENT VIOLATION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I was denied my right to due process when the court denied the acceptance of responsibility and gave me an obstruction of justice enhancement. At the time I pled guilty, I was never advised about any possibility of not getting my acceptance of responsibility or receiving an obstruction enhancement due to my identity as the charged person in this case.

_____
_____

**(b) Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☑  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

**(c) Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐  No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND THREE: __Involuntary Guilty Plea__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): My guilty plea was not knowingly and voluntarily and intelligently made because I never knew that I would be subject to an enhanced sentence based on discrepancies with my nationality and identity.

(b) Direct Appeal of Ground Three:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: __Ineffective assistance of counsel__

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☒
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____
  Docket or case number (if you know): _____
  Date of the court's decision: _____


Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____
_____

**(b) Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

**Type of motion or petition:** _____

**Name and location of the court where the motion or petition was filed:** _____
_____

**Docket or case number (if you know):** _____

**Date of the court's decision:** _____

**Result (attach a copy of the court's opinion or order, if available):** _____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏  No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏  No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏  No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

**Name and location of the court where the appeal was filed:** _____
_____
_____

**Docket or case number (if you know):** _____

**Date of the court's decision:** _____

**Result (attach a copy of the court's opinion or order, if available):** _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: Theodore Lothstein, Esq
   5 Green Street, Concord NH 03301
(b) At arraignment and plea: SAME

(c) At trial: SAME

(d) At sentencing: SAME

(e) On appeal: _Same_

(f) In any post-conviction proceeding: _N/A_

(g) On appeal from any ruling against you in a post-conviction proceeding: _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☐

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* This motion is timely filed within the one year timeframe as my direct appeal was denied on April 6, 2020.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Appoint counsel, conduct an evidentiary hearing if necessary, and vacate and set aside the judgment of conviction and sentence</u> or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>July 31, 2020</u> (month, date, year).

Executed (signed) on <u>July 31, 2020</u> (date).

_____
Signature of Movant
JUAN GARCIA

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *